UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NORMAN SHAW, *et al.*,<br><br>                 Plaintiffs.<br>v.<br>SCOTT DAVIS, *et al.*,<br><br>                 Defendants | Case No. 3:18-cv-00551-MMD-CBC<br><br>STANDING ORDER DIRECTING<br>LAW LIBRARIAN TO SERVE COPIES |

There are five *pro se* plaintiffs in this case, who are in the custody of the Nevada Department of Corrections at Lovelock Correctional Center ("LCC"). In the screening order, the Court ordered "that the Clerk of Court file the complaint (ECF No. 1-2) and send each Plaintiff a courtesy copy of the complaint." (ECF No. 11 at 12.)

On June 24, 2019, Plaintiff Norman Shaw wrote a letter informing the Court that he was the only plaintiff in this case to receive a copy of the screening order and a copy of the complaint. (ECF No. 13 at 1.) Plaintiff Shaw requests that the Court send each plaintiff a copy of the screening order and a copy of the complaint. (*Id.*) Plaintiff Shaw also requests that the Court update its electronic mailing list to include all five plaintiffs. (*Id.*)

The Court notes that under Third Amended General Order No. 2012-01, LCC is mandated to participate in the electronic filing of prisoner documents in civil rights cases. Through this mandatory electronic filing, the librarian at LCC is responsible for distributing the documents electronically served through CM/ECF to inmate-litigants. The Court now issues a standing order in this case directing the LCC librarian or other person responsible for distributing CM/ECF documents to inmate-litigants to distribute a copy of every document electronically served through CM/ECF in this case to each plaintiff in this case:

Norman Shaw #77657; Joseph Cowart #90506; Brian Kamedula #24627; Charles Wirth #1085646; and Ansell Jordan #76575.

It is therefore ordered that, throughout this entire lawsuit, the LCC librarian[1] is directed to distribute copies of every document electronically served through CM/ECF to each plaintiff in this case: Norman Shaw #77657; Joseph Cowart #90506; Brian Kamedula #24627; Charles Wirth #1085646; and Ansell Jordan #76575.

It is further ordered that the LCC librarian is directed to distribute copies of this order, the screening order (ECF No. 11), and the complaint (ECF No. 12) to Norman Shaw #77657; Joseph Cowart #90506; Brian Kamedula #24627; Charles Wirth #1085646; and Ansell Jordan #76575.

DATED THIS 27th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Or other person responsible for distributing documents electronically served through CM/ECF to the inmate-litigants.