UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NORMAN SHAW, et al.,                              Case No. 3:18-CV-0551-MMD-CLB

                    Plaintiff,                              **ORDER**

        v.

SCOTT DAVIS, et al.

                    Defendants.

_____/

Plaintiffs' motion for extension of time to respond to defendants' motion for relief from admissions is **GRANTED** (ECF No. 104 and Joinders ECF No. 106, 108 & 109). Plaintiffs shall have to and including **Monday, December 28, 2020** to file a response to defendants' motion (ECF No. 103).

IT IS SO ORDERED.

DATED: ____December 3, 2020____

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE