UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NORMAN SHAW, et al.,   Case No. 3:18-CV-0551-MMD-CLB

Plaintiff,   **ORDER**

v.

SCOTT DAVIS, et al.

Defendants.
_____/

Due to a continuance, the parties presently have two case management conferences set before this court on January 6, 2021 (ECF No. 107) and January 20, 2021 (ECF No. 90). Therefore, the case management conference set for January 6, 2021 is hereby **VACATED**.

Prior to the case management conference set for January 20, 2021 at 9:00 a.m., the parties are ordered to meet and confer to discuss and resolve the following issues:

1. Regarding ECF Nos. 110 & 122, the parties shall submit a revised stipulated scheduling order by January 18, 2021 which must include a new deadline for amendments;

2. The responses to discovery due on November 18, 2020 (ECF No. 123) that were not received;

3. The discovery items 16, 25-27 from plaintiff's chart (ECF No. 123) that have deficient responses; and

4. The issues surrounding defendant Thomas and the outstanding discovery requests, and the parties shall submit a stipulation for the substitution of the new Deputy Director of Programs on or before January 18, 2021.

A joint supplemental case management report shall be filed on or before January 18, 2021.  NO other filings related to case management, meet and confer, or the hearing shall be filed.

Defendants' request for extension of time (ECF No. 118) is **GRANTED**.  The discovery requests outlined in ECF No. 118 shall be due by January 8, 2021.

IT IS SO ORDERED.

DATED:  January 4, 2021

_____
UNITED STATES MAGISTRATE JUDGE