# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN SHAW, et al., | Case No. 3:18-CV-0551-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| SCOTT DAVIS, et al. | |
| Defendants. | |

Plaintiff Charles Wirth filed a motion to amend his motion to compel. (ECF No. 158). No opposition was filed. Pursuant to LR 7-2(d), "the failure of an opposing party to file point and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Therefore, the motion to amend (ECF No. 158) is **GRANTED**.

The Clerk shall **DETACH** and **FILE** the amended motion to compel. (ECF No. 158-1). The amended motion to compel supersedes the original motion to compel, (ECF No. 155), which is now **DENIED as moot.**

IT IS SO ORDERED.

DATED: June 22, 2021

_____
UNITED STATES MAGISTRATE JUDGE