UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NORMAN SHAW, *et al.*, | Case No. 3:18-cv-00551-MMD-CLB |
| Plaintiffs, | ORDER |
| v. | |
| SCOTT DAVIS, *et al.*, | |
| Defendants. | |

On August 11, 2021, Defendants filed a suggestion of death on the record as to Defendant Richard Snyder. (ECF No. 170.) Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). As such, if there is no motion for substitution filed for Defendant Snyder within 90 days of the date of this order, the Court will dismiss Snyder from this case.

DATED THIS 12th Day of August 2021.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE