# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORMAN SHAW, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SCOTT DAVIS, et al.,<br><br>        Defendants. | Case No. 3:18-cv-0551-MMD-CLB<br><br>**ORDER DENYING MOTION FOR CLARIFICATION OF DISCOVERY CLOSURE DATE**<br><br>[ECF No. 184] |

Before the Court is Plaintiff Norman Shaw's ("Shaw") motion for clarification of discovery closure date. (ECF No. 184.)

On August 31, 2021, the Court issued orders on the Plaintiff's individual motions to compel. (ECF Nos. 179, 180, 181, 182, & 183.) At the time of issuance, the Court was aware that there might be additional discovery requested by the parties. However, before this Court could act, Shaw filed the motion for clarification, (ECF No. 184), which is **DENIED**.

A telephonic hearing is set for the **24th** day of **September, 2021** at **9:00 a.m.**, before United States Magistrate Judge Carla Baldwin to discuss what, if any, additional discovery may be required and the time frame for completing the same. The Attorney General's Office shall make arrangements for the incarcerated Plaintiffs' telephonic appearance and shall provide the Deputy Court Clerk with the telephone number at which the incarcerated Plaintiffs can be reached for this hearing. Counsel for the Defendants and any non-incarcerated parties shall dial **877-336-1829**, access code **2809752** and security code **18551** to join to the hearing.

DATED: September 9, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**