UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NORMAN SHAW, *et al.*, | Case No. 3:18-cv-00551-MMD-CLB |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| SCOTT DAVIS, *et al.*, | |
| Defendants. | |

On August 11, 2021, Defendants filed a suggestion of death on the record as to Defendant Richard Snyder. (ECF No. 170.) On August 12, the Court entered an order stating that it would dismiss Snyder from this case if no motion for substitution was filed within 90 days. (ECF No. 171.)

The 90-day period has passed and there has been no motion for substitution. Therefore, the Court dismisses Snyder from this case.

It is therefore ordered that Snyder is dismissed under Fed. R. Civ. P. 25(a)(1).

DATED THIS 15th Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE