UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORMAN SHAW, *et. al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT DAVIS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:18-CV-00551-MMD-CLB<br><br>**ORDER RE: DEPOSITION TRANSCRIPTS** |

　　　Pursuant to the Court's December 13, 2021, hearing minutes, the Court orders that Plaintiffs in the above-entitled case shall be permitted to obtain copies, at Plaintiffs' expense, of all the deposition transcripts taken in Case Number 3:19-cv-00196-MMD-WGC of Defendants Scott Davis, Tara Carpenter, Renee Baker, and Tim Garrett from Inmate Said Elmajzoub (Inmate Number 1034685) or his counsel of record. In addition, the Court orders that Plaintiffs be permitted to maintain copies of these deposition transcripts with their legal materials in the above-entitled case.

　　　**DATED**: December 13, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**