FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 23 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NORMAN SHAW, et al.,

    Plaintiff(s),

vs.

SCOTT DAVIS, et al.,

    Defendant(s).

3:18-cv-00551-MMD-CLB

**ORDER**

A Settlement Conference is currently scheduled before this Court on September 22, 2022, at 9:00 a.m., (ECF No. 260). This Settlement Conference was initially scheduled as a Virtual Settlement Conference: however, the Court has been advised that the Lovelock Correctional Center is unable to accommodate the video appearance of the incarcerated Plaintiffs in the same room for this conference.

Therefore, the Court finds that this Settlement Conference will now be conducted **in person**. All parties required to attend the Settlement Conference shall appear in person on **September 22, 2022**, at **9:00 a.m.**, in Courtroom No. 1, 4th Floor, Bruce R. Thompson U.S. Courthouse, 400 S. Virginia Street, Reno, Nevada.

IT IS ORDERED that the Office of the Attorney General shall arrange for the physical presence of Plaintiffs Norman Shaw, #77657; Joseph Cowart, #90506, and Ansell Jordan, #76575 for the purpose of participating in person for the Settlement Conference.

**IT IS SO ORDERED.**

DATED: August 23, 2022.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE