AARON D. FORD
  Attorney General
WILLIAM P. SHOGREN, Bar No. 14619
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1257
E-mail: wshogren@ag.nv.gov

*Attorneys for Defendants
Renee Baker, Tara Carpenter,
Scott Davis, and Harold Wickham*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN SHAW, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT DAVIS, et al.,<br><br>    Defendants. | Case No. 3:18-cv-00551-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE A PROPOSED JOINT PRETRIAL ORDER** |

Plaintiffs, Joseph Cowart, Brian Kamedula, Norman Shaw, and Charles Wirth, proceeding *pro se*, and Defendants, Renee Baker, Tara Carpenter, Scott Davis, and Harold Wickham, by and through counsel, Aaron D. Ford, Nevada Attorney General, and William P. Shogren, Deputy Attorney General, hereby stipulate and agree to extend the deadline to file a Proposed Joint Pretrial Order to February 28, 2023.

The current deadline for the parties to submit their Proposed Joint Pretrial Order is November 24, 2022. The parties stipulate to extend this deadline until February 28, 2023.

///
///
///
///
///
///

1

## I. GOOD CAUSE SUPPORTS THE REQUEST

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Undersigned Counsel spoke with Plaintiffs Cowart and Shaw both on November 3, 2022, to discuss the Joint Pretrial Order. Shaw indicates that he will be released from Nevada Department of Corrections custody sometime in January 2023. Plaintiffs require an extension of the Joint Pretrial Order deadline to a time after Shaw's release from custody, so that Shaw may better research and prepare the Joint Pretrial Order. Currently, Plaintiffs are having difficulty conferring while Plaintiffs Cowart and Shaw are in custody. Additionally, Plaintiffs filed a Motion to Supplement their First Amended Complaint, which is still pending with this Court. If this Court grants the Motion, the Joint Pretrial Order deadline will likely be extended, reset, or vacated.

Additionally, the Parties' request is timely and will not hinder Plaintiffs' case as all parties agree to the extension. Therefore, neither Plaintiffs nor Defendants are prejudiced by this extension.

///
///
///
///
///
///
///
///
///

1 | The Parties stipulate that the requisite good cause is present to warrant the
2 | requested extension of time, and, therefore, request the Court extend the deadline to file
3 | the Proposed Joint Pretrial Order to February 28, 2023.

DATED this 17th day of November, 2022.    DATED this 21st day of November, 2022.

                                                      AARON D. FORD
                                                      Attorney General

By: _____    By: /s/William P. Shogren
    JOSEPH COWART          WILLIAM P. SHOGREN
    *Plaintiff, Pro Se*          *Attorneys for Defendants*

DATED this 21st day of November, 2022.

By: _____
    BRIAN KAMEDULA
    *Plaintiff, Pro Se*

DATED this 17th day of November, 2022.

By: _____
    NORMAN SHAW
    *Plaintiff, Pro Se*

DATED this 21st day of November, 2022.

By: _____
    CHARLES WIRTH
    *Plaintiff, Pro Se*

IT IS SO ORDERED.

DATED THIS 22nd Day of November 2022.

_____
MIRANDA M. DU
UNITED STATES DISTRICT COURT JUDGE

3