UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORMAN C. SHAW, et. al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT DAVIS, *et. al.,*<br><br>　　　　　　　　　　Defendants. | Case No. 3:18-cv-00551-MMD-CLB<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND MOTION TO HOLD DEFENDANTS IN CONTEMPT**<br><br>[ECF Nos. 338, 339] |

Currently pending before the Court are two motions filed by Plaintiff Joseph Cowart ("Cowart"). A motion for appointment of counsel, (ECF No. 338), and a motion to hold Defendants in contempt, (ECF No. 339).

On March 6, 2023, this case was administratively closed following a settlement conference. (ECF No. 329.) The Court scheduled three subsequent status conferences to discuss the settlement and required the parties to file a joint status report prior to each conference. (*Id.*) However, the Court did not allow the filing of any other motions or papers in this matter. Accordingly, all parties are precluded from entering any filings—aside from the joint status reports—unless specifically ordered by the Court. Cowart is advised that any further filings made in this case may be summarily denied.

Accordingly, **IT IS HEREBY ORDERED** that Cowart's motion for appointment of counsel, (ECF No. 338), and Cowart's motion to hold Defendants in contempt, (ECF No. 339), are **DENIED**.

**IT IS SO ORDERED.**

**DATED**: September 13, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**