UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORMAN SHAW, *et. al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT DAVIS, *et. al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:18-CV-00551-MMD-CLB<br><br>**ORDER RE: VIOLATION OF GENERAL ORDER 2021-05**<br><br>[ECF No. 347] |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On February 9, 2024, non-party David Johnson ("Johnson"), filed a document titled "Ex Parte Amicus Curiae Notice to the Court", (ECF No. 347.)

This filing violates GO 2021-05, as the document is an improper "notice" filed with the Court. *See* GO 2021-05, § 3(d). In addition to this violation of GO 2021-05, this document was improperly filed as Johnson is not a party to this action and if he wishes to assert claims, he must file his own independent action.

Accordingly, the notice, (ECF No. 347), is hereby **STRICKEN**.

**IT IS SO ORDERED.**

DATED: February 12, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**