UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORMAN C. SHAW, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT DAVIS, *et al.*, <br><br> Defendants. | Case No. 3:18-CV-00551-MMD-CLB <br><br> **ORDER RE: MOTION FOR "ROUGH DRAFT" AND OFFICIAL VERSION OF CONTENT AT QUARTERLY STATUS CONFERENCE** <br><br> [ECF No. 348] |

Before the Court is Plaintiff Joseph Cowart's ("Cowart") motion requesting "the 'Rough Draft' and Official Version of the Content of the Meeting [on] October 6, 2023, Quarterly Status Teleconference from Clerk of the United States District Court". (ECF No. 348.)

The Court interprets Cowart's motion as a request for the transcript and the minutes from the last status conference held in this case, which occurred on November 6, 2023. (*See* ECF No. 346.) It is unclear to the Court for what purpose Cowart would need the transcript of the hearing, and why the official Court minutes would be insufficient.

Accordingly, **IT IS ORDERED** that Cowart's motion, (ECF No. 348), is **GRANTED IN PART.** While it is not the Court's obligation to provide litigants, even indigent ones, with copy services, in the interest of judicial economy, the Court will grant Cowart's request as to providing a copy of the official Court minutes, one time only.

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** Cowart a copy of the Minutes of the November 6, 2023 Telephonic Status Conference at **ECF No. 346**.

**IT IS SO ORDERED**.

**DATED**: February 13, 2024.

_____
UNITED STATES MAGISTRATE JUDGE