UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORMAN SHAW, et. al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT DAVIS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:18-CV-00551-MMD-CLB<br><br>**ORDER STRIKING MOTION**<br><br>[ECF No. 352] |

　　　　On November 6, 2023, the Court held a telephonic status conference regarding the settlement in this case. (ECF No. 346.) At the hearing, the Court explicitly ordered that "no other filings shall be made by either party in this case other than the status reports and any necessary responses[,]" and "any other filings will be stricken by the Court." (*Id.* at 3.)

　　　　On February 27, 2024, Plaintiff Joseph Cowart, filed a "motion to take action", (ECF No. 352). This filing was made in direct violation of the Court's prior order, (ECF No. 346), and therefore, the motion, (ECF No. 352), is hereby **STRICKEN**.

　　　　**IT IS SO ORDERED.**

DATED: __March 4, 2024_____.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**