# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORMAN SHAW, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT DAVIS, *et al.*, <br><br> Defendants. | Case No. 3:18-CV-00551-MMD-CLB <br><br> **ORDER STRIKING NOTICE OF RELATED CASES AND REQUEST FOR JUDICIAL NOTICE** <br><br> [ECF Nos. 387, 388] |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On November 25, 2024, non-party Thomas Burdsal ("Burdsal"), filed two documents in this case: (1) Notice of Related Cases; and (2) Request/Motion for Judicial Notice, (ECF Nos. 387, 388).

These filings violate GO 2021-05, as the documents are improper notices filed with the Court. *See* GO 2021-05, § 3(d). In addition to this violation of GO 2021-05, these documents were improperly filed as Burdsal is not a party to this action and he may not file documents in cases he is not a party to.

Accordingly, **IT IS ORDERED** that the notice of related cases and request for judicial notice, (ECF Nos. 387, 388), are hereby **STRICKEN**.

**IT IS FURTHER ORDERED** that the Clerk shall return as unfiled any further documents filed by non-party Burdsal received in this case.

**DATED**: November 26, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**