AARON D. FORD
  Nevada Attorney General
D. RANDALL GILMER (Bar No. 14001)
  Chief Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-3427 (phone)
(702) 486-3768 (fax)
E-mail: drgilmer@ag.nv.gov
*Attorneys for Defendants*
*Renee Baker, Tara Carpenter,*
*Scott Davis, and Harold Wickham*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN SHAW, et al., | Case No. 3:18-cv-00551-MMD-CLB |
| Plaintiffs, | **ORDER GRANTING STIPULATION** |
| v. | **RE: THE WAY SERVICES** |
| SCOTT DAVIS, et al., | |
| Defendants. | |

Following a Joint Status Report filed with this Court on January 27, 2025 (ECF No. 395), which was filed as required by this Court's November 18, 2024 Order (ECF No. 386), and following a status conference held on February 18, 2025 wherein Defendants were presented by counsel, Mr. Coleman was present on behalf of The Way, and Warden Breitenbach appeared on behalf of the Nevada Department of Corrections, as warden of Lovelock Correctional Center, the parties to this Stipulation hereby confirm and agree to a stipulated order regarding the following:

1. NDOC has complied with the make-up services ordered by this Court;

2. The Way and NDOC have mutually agreed to change the service time from 8:45-10:00pm on Friday evenings, to 8:00-9:15am on Friday mornings, with the service remaining in the same location as it is currently held or at another Activity Room should the need arise, and that this mutual agreement is consistent with the terms of the Settlement Agreement permitting revisions to the service times and locations upon mutual agreement of the Parties;

3.  The Way will continue to have access to a guitar when meeting outside the chapel;

4.  NDOC caseworkers may access their offices in Activity Rooms during the service times, but caseworkers <u>will not</u> meet with offenders or other individuals during this time, and will remain in their offices during the service unless their departure is necessary and they can leave the office and Activity Room in silence so as to not disrupt the services;

5.  NDOC will continue to ensure that with the exception of permitting caseworkers to be in their respective office during the service times, no other individuals will be in the Activity Room during the service times except for offenders that are part of The Way Faith Group, and that NDOC is required to continue to take steps to ensure that there is no interference with the services; and

6.  The chapel services held on Thursday evening at 7:30-8:45pm will continue, with The Way having access to all musical instruments within the chapel that are available to all faith groups.

Respectfully stipulated to on February 18, 2025:

                                                    AARON D. FORD
                                                    Attorney General

_____                           By: /s/ D. Randall Gilmer
Steve Coleman                                           D. Randall Gilmer, Bar No. 14001
Facilitator for                                         Chief Deputy Attorney General
The Way Faith Group                                     *Attorneys for Defendants*

Accordingly, based on the signatures of the Parties to this Stipulated set forth above, the Parties Stipulation is hereby GRANTED as set forth above in paragraphs 1-6 at 1:23-2:15, above.

IT IS SO ORDERED.

DATED: February 21, 2025

                                                    _____
                                                    HONORABLE CARLA BALDWIN
                                                    UNITED STATES MAGISTRATE JUDGE