AARON D. FORD
Attorney General
D. RANDALL GILMER, (Bar No. 14001)
Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: DGilmer@ag.nv.gov
Attorneys for Defendants
Renee Baker, Tara Carpenter, Scott Davis,
Joseph Ferro, Kara LeGrand, Carter Potter,
Richard Snyder, Kim Thomas and Harold Wickham

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN SHAW, et al.,<br><br>                    Plaintiff,<br><br>v.<br><br>SCOTT DAVIS, et al.,<br><br>                    Defendants. | Case No.  3:18-cv-00551-MMD-CLB<br><br>ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and D. Randall Gilmer, Chief Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiffs, Norman Shaw, Brian Kamedula, Charles Wirth, and Joseph Cowart, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

1

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 2 day of March, 2023.

By: _____
JOSEPH COWART
*Plaintiff, Pro Se*

DATED this 7TH day of March, 2023.

By: _____
NORMAN SHAW
*Plaintiff, Pro Se*

DATED this 7th day of March, 2023.

By: _____
CHARLES WIRTH
*Plaintiff, Pro Se*

DATED this 9th day of March, 2026.

AARON D. FORD
Attorney General

By: _____
D. RANDALL GILMER (Bar no. 14001)
*Attorneys for Defendants*

DATED this 7 day of March, 2023.

By: _____
BRIAN KAMEDULA
*Plaintiff, Pro Se*

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: March 10, 2026

2